UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RYAN DENKE, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>CITIBANK, N.A.,<br><br>    Defendant. | Case No. 1:18-cv-04133-RA |

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/18

## STIPULATED ORDER OF DISMISSAL

Pursuant the stipulation of the parties, as evidenced by their signatures hereto,

IT IS HEREBY ORDERED that the claims asserted by plaintiff in this matter are dismissed with prejudice and without costs to any party.

DATED this 31st day of Oct, 20__.

_____
Judge

IT IS SO STIPULATED:

By: _____
Lori Feldman
Geragos & Geragos
Attorneys for Plaintiff

By: _____
Denise L. Plunkett
Ballard Spahr LLP
Attorneys for Defendants

DMEAST #35846295 v1